JOHN NORTON, *Treasurer*, AND JASPER NELSON, *Sheriff of Greer County, Oklahoma Territory*, AND THE BOARD OF COUNTY COMMISSIONERS OF GREER COUNTY, OKLAHOMA TERRITORY, v. CHICAGO, ROCK ISLAND AND PACIFIC RAILWAY COMPANY.

(Filed February 15, 1906.)

*Error from the District Court of Greer County; before James K. Beauchamp, Trial Judge.*

*Chas. M. Thacker, County Attorney,* for plaintiff in error

*M. A. Low, Blake, Blake & Low, Garrett & Garrett,* for defendants in error.

Opinion of the court by

PANCOAST, J.: The decision in this case is controlled by that rendered in case No. 1593, *John Norton, et al., v. The Choctaw, Oklahoma & Gulf Railway Company.* For the reasons therein expressed, the judgment of the trial court herein is affirmed.

Beauchamp, J., who presided in the court below, not sitting; all the other Justices concurring.